FROM



LAW OFFICES OF
# ALLAN P. HABER, ESQ.
111 Broadway, Suite 701
New York, New York 10006

OF COUNSEL
STEPHANIE CARVLIN, ESQ.
GEORGES G. LEDERMAN, ESQ.

TELEPHONE: 212-233-4411
FACSIMILE: 212-374-1506
E-MAIL: allanhaber@aol.com

June 24, 2008

Honorable Laura Taylor Swain
District Court Judge, S.D.N.Y.
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: United States v. Harold Crew
Ind. No. 07 Cr. 944(LTS)

**MEMO ENDORSED**

Dear Judge Swain:

    I write to request a modification to Mr. Crew's bail conditions. He is currently under Home Incarceration and as a consequence is unable to seek employment. I have spoken to his Pre-trial Services Officer who recommends a downgrade of his release conditions to Home Detention which would allow him to seek employment but continue to wear an ankle bracelet. According to Mr. Gianfranco Furelli, his Pre-Trial Services Officer, hereinafter "PTS", he has been complying with the conditions of his release and he therefore feels that this modification is appropriate under the circumstances. The government consents to this modification as long as PTS approves.

    Mr. Crew has also requested a modification of his release conditions for a July 4, 2008 family gathering in Morningside Park from 2:00 p.m. until 9:30 p.m. when the family will gather for a family picnic at the park. I have spoken to AUSA Moyne and she has no objection to the modification so long as there is no objection by his PTS Officer. There is none.

    If the Court agrees that these requests are appropriate please endorse this letter and return it to me by fax at 212-374-1506 so that I can alert the relevant parties within the appropriate time frame.

    Thank you for your consideration.

*The foregoing modification requests are approved.*

Respectfully,

*Allan P. Haber*

AUSA Parvin Moyne
PTS Officer: Gianfranco Furelli

SO ORDERED.

*[signature] 6/25/08*
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE