LAW OFFICES OF
# ALLAN P. HABER, ESQ.
111 Broadway, Suite 701
New York, New York 10006

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 3 2008

OF COUNSEL
STEPHANIE CARVLIN, ESQ.
GEORGES G. LEDERMAN, ESQ.

TELEPHONE: 212-233-4411
FACSIMILE:  212-374-1506
E-MAIL: allanhaber@aol.com

August 27, 2008

Honorable Laura Taylor Swain
District Court Judge, S.D.N.Y.
U.S. Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: United States v. Harold Crew
    Ind. No. 07 Cr. 944(LTS)

Dear Judge Swain:

I write to request a modification to Mr. Crew's bail conditions. He is currently under Home Detention which allows him to seek employment but continue to wear an ankle bracelet. Mr. Crew's wife is employed with a company that is having a picnic celebration on September 20, 2008 at Glen Island Park in New Rochelle, NY from 1 p.m. to 6 p.m. for families and children. My client wishes to attend. I have contacted the government regarding this event and they have no objection to his attending this affair.

If the Court consents to this request please endorse this letter and return it to me by fax at 212-374-1506 so that I can alert the relevant parties within the appropriate time frame.

Thank you for your consideration.

Respectfully,

*[signature: Allan P. Haber]*

AUSA Parvin Moyne
PTS Officer: Gianfranco Furelli

*The requested modification is approved.*

SO ORDERED.
NEW YORK, NY
Sept 3, 2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE